LODGED
CLERK, U.S. DISTRICT COURT
FEB 24 2006
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
MAR 3 2006
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

SEND

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN SPENCER,**<br>PLAINTIFF(S)<br>V.<br>**CITY OF SEAL BEACH, STEVE STALEY**<br>DEFENDANT(S) | CASE NUMBER<br>**SACV06- 220 (RZ)** |
| | **ORDER RE LEAVE TO FILE ACTION WITHOUT PREPAYMENT OF FILING FEE** |

**IT IS ORDERED** that the complaint may be filed without prepayment of the filing fee.

Note: This order does not authorize service of the complaint by the U.S. Marshal. Further proceedings in this matter are subject to the orders of the Judge to whom the case is assigned.

3/2/06
Date

United States Magistrate Judge

---

**IT IS RECOMMENDED** that the request of plaintiff/petitioner to file the action without prepayment of the filing fee be **DENIED** for the following reason(s):

☐ Inadequate showing of indigency
☐ District Court lacks jurisdiction
☐ Legally and/or factually patently frivolous
☐ Immunity as to ____________
☐ Other: ____________

Comments:

DOCKETED ON CM
MAR 13 2006
BY 014

Date

United States Magistrate Judge

---

**IT IS ORDERED** that the request of plaintiff to file the action without prepayment of the filing fee is:

☐ **GRANTED** ☐ **DENIED (See comments above).**

Date

United States District Judge