Issd alias summons on 1st Amended Complaint

FILED
CLERK, U.S. DISTRICT COURT
JUN - 5 2006
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

Priority X
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JOHN SPENCER,

Plaintiff,

vs.

CITY OF SEAL BEACH, STEVE STALEY, DOES 1 TO 10,

Defendants.

CASE NO. SA CV 06-00220 VAP (RZ)

ORDER RE SERVICE OF SUMMONS AND COMPLAINT BY UNITED STATES MARSHAL

The United States Marshal has been ordered to serve the Summons and First Amended Complaint as indicated on the Order Directing Service of Process by the United States Marshal.

IT IS FURTHER ORDERED that Plaintiff must <u>serve</u> upon Defendants or, if appearance has been entered by counsel, upon their attorneys, a copy of every future pleading or other document submitted for consideration by the Court. Plaintiff shall include with the original paper to be filed with the Clerk of the Court a certificate stating the date that a true and correct copy of the paper was mailed to Defendants or their counsel. Any paper received by a District Judge or Magistrate Judge which has not been filed with the Clerk or which fails to include a certificate of service may be disregarded by the Court.

DOCKETED ON CM
JUN 6 2006
BY 049

(11)

All parties, including parties proceeding pro se, must comply with Federal Rules of Civil Procedure, the Local Rules of Practice for United States District Court, Central District of California and Court orders. A failure to do so may result in the imposition of sanctions including, but not limited to, monetary sanctions, striking a pleading and dismissal of an action.

DATED: May 31, 2006

RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE